```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

SHEM MALMQUIST,

    Plaintiffs,

VS.                                                    NO. 09-2416 Ma/Cl

THE HEARST CORPORATION, ET AL.,

    Defendants.

### ORDER OF RECUSAL

Magistrate Judge Charmiane G. Claxton hereby recuses herself from the above-referenced case and returns the file to the Clerk of Court for reassignment by random draw.

It is so ORDERED this 6th day of October, 2009.

                                            s/ Charmiane G. Claxton
                                            UNITED STATES MAGISTRATE JUDGE